Marjorie Hauf, Esq.
Nevada Bar No.: 8111
Matthew G. Pfau, Esq.
Nevada Bar No.: 11439
Cara Xidis, Esq.
Nevada Bar No.: 11743
H&P LAW
710 South 9thStreet
Las Vegas, NV 89101
702 598 4529 TEL
702 598 3626 FAX
e-file@courtroomproven.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| **Courtney Cloud,**<br><br>          Plaintiff,<br><br>   vs.<br><br>**Allstate Indemnity Company;** Does 1 through 10, inclusive, and Roe Corporations 1 through 10, inclusive,<br><br>          Defendants. | Case No.: 2:23-cv-00468-JCM-DJA<br><br>**Stipulation and [~~Proposed~~] Order to Extend Deadlines**<br>**(4th Request)** |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by and through their respective counsel of record, that the discovery deadlines in this case be extended as follows:

**A. COMPLETED DISCOVERY**

1. Plaintiff has served her initial disclosures of witnesses and documents, and supplements thereto;

2. Defendant has served its initial disclosures of witnesses and documents, and supplements thereto;

3. Plaintiff has propounded and answered written discovery requests;

4. Defendant has propounded and answered written discovery requests;
5. Plaintiff and Defendant have disclosed their initial and rebuttal expert witnesses and supplements thereto;
6. Plaintiff has taken the depositions of Allstate employees Sean Owens, Christine Fox, Jonathan Bourne, Rodney Farney and Steven Peterson;
7. Defendant has taken the deposition of Plaintiff;
8. Defendant has taken the deposition of Plaintiff's experts Paul Thomas and Stephen Strzelec.

**B. OUTSTANDING DISCOVERY**

1. Deposition of the Allstate Indemnity Company's FRCP 30(b)(6) witness;
2. Deposition of Defendant's expert witness Steven Plitt.

**C. GOOD CAUSE EXISTS FOR AN EXTENSION**

Counsel for the parties have been diligent in conducting discovery but need additional time to conduct the remaining two depositions. The deposition of Allstate Indemnity Company's FRCP 30(b)(6) witness has been noticed for August 1, 2024, but there is a scheduling conflict and it needs to be rescheduled for a later date. The parties will also be engaging in a meet-and-confer regarding the examination areas on Friday, July 19, 2024, and there is a possibility a motion for protective order will be required. Therefore, there is good cause to extend the discovery deadlines as requested.

**D. PROPOSED EXTENDED DEADLINES**

The parties have agreed to extend the discovery deadlines in this case, as follows:

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Motions to amend or add parties | Closed | Closed |

| | | | |
|---|---|---|---|
| Initial expert disclosures | Closed | Closed |
| Rebuttal expert disclosures | Closed | Closed |
| Close of Discovery | August 7, 2024 | October 7, 2024 |
| Dispositive motions | September 6, 2024 | November 5, 2024 |
| Pretrial Order | October 7, 2024 | December 6, 2024, or, if dispositive motions are filed, 30 days after the entry of order on the dispositive motions. |

Dated this 17th day of July, 2024.

H&P LAW

/s/ Marjorie Hauf
_____
Marjorie Hauf, Esq.
Nevada Bar No. 8111
Cara Xidis, Esq.
Nevada Bar No. 11743
*Attorneys for Plaintiff*

IT IS SO ORDERED.

Dated this 17th day of July, 2024.

KEATING LAW GROUP

/s/ John Keating
_____
John T. Keating, Esq.
Nevada Bar No. 6373
*Attorney for Defendant*

**ORDER**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 7/18/2024