JOHN T. KEATING
Nevada Bar No. 6373
**K E A T I N G** LAW GROUP
9130 W. Russell Road, Suite 200
Las Vegas, Nevada 89148
jkeating@keatinglg.com
(702) 228-6800 phone
(702) 228-0443 facsimile
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| COURTNEY CLOUD,<br><br>Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY, Does 1 through 10, inclusive, and Roe Corporations 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: 2:23-cv-00468<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through their respective counsel, that all claims shall be, and are hereby, dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED this **27** day of January, 2025.          DATED this **23rd** day of January, 2025.

**K E A T I N G** LAW GROUP                                    H&P LAW

_/s/ John T. Keating_                                              _/s/ Cara Xidis_
JOHN T. KEATING                                              MARJORIE L. HAUF
Nevada Bar No.: 6373                                         Nevada Bar No.: 8111
9130 W. Russell Road, Ste. 200                         MATTHEW G. PFAU
Las Vegas NV 89148                                           Nevada Bar No. 11439
Attorney for Defendant                                        CARA XIDIS
                                                                              Nevada Bar No. 11743
                                                                              719 South Ninth Street
                                                                              Las Vegas, NV 89101
                                                                              Attorneys for Plaintiff

1

## ORDER

Based upon the foregoing stipulation and good cause appearing;

IT IS HEREBY ORDERED, that the above-referenced action is dismissed with prejudice, with each party to bear their own costs and attorney's fees.

DATED **January 29, 2025.**

_____
UNITED STATES DISTRICT JUDGE

Respectfully Submitted by:

**K E A T I N G** LAW GROUP

_____
JOHN T. KEATING
Nevada Bar No.: 6373
9130 W. Russell Road, Ste. 200
Las Vegas NV 89148
Attorney for Defendants

2